UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HIRAN RODRIGUEZ

VERSUS

THE NEW ORLEANS PUBLIC BELT
RAILROAD COMMISSION FOR THE
PORT OF NEW ORLEANS

CIVIL ACTION

NO: 26-713

SECTION: N

## ORDER

The Court, after carefully considering the Complaint[1], the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Eva Dossier[2], dated April 30, 2026, and Plaintiff's objections thereto[3], hereby approves the Report and Recommendation and adopts it as the Court's opinion.

After Plaintiff filed his objections to the Report and Recommendation, he filed a Motion for Leave to File First Amended Complaint[4] seeking to file an attached First Amended Complaint for Damages and Injunctive Relief[5] "to clarify the allegations identified by the Court as deficient or insufficiently developed." This motion is now before the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint be **DISMISSED** as frivolous

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.
[4] Rec. Doc. 14.
[5] Rec. Doc. 14-1.

pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that summons be issued and Plaintiff is allowed 90 days from the issuance of this Order to make proper service of his amended complaint upon the defendant.

New Orleans, Louisiana, this 28th day of May 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE